

Lawrence S. Lustberg, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

March 7, 2018

**FILED & SERVED ELECTRONICALLY**

Honorable Joseph A. Dickson
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & Court House
50 Walnut Street,
Newark, New Jersey 07102

      Re:  *United States v. Victor Santos*,
            **Mag. No. 17-3650 (MF)**

Dear Judge Dickson:

    As Your Honor may recall, this firm represents defendant Victor Santos in the above referenced matter. Enclosed is a proposed Order modifying the terms of Mr. Santos' release to allow the return of his United States passport for the limited and sole purpose of renewing his passport. Mr. Santos' passport will expire at the end of March 2018, and will necessarily need to be submitted for renewal prior to its expiration; otherwise, it will become very difficult for him to get a new passport at a later date, after this matter is concluded. We have communicated with Special Assistant United States Attorney Charlie Divine, who has graciously consented to its terms, which include that, as officers of the Court, we at Gibbons P.C. will participate in the submission of the passport for renewal and for receiving and returning the new passport to the United States Office of Pretrial Services, where it will be held until this case ends.

    If the Order is satisfactory to Your Honor, please execute and file it at the Court's convenience. Of course, if Your Honor has any questions or concerns, please do not hesitate to contact me. Thank you very much for your kind consideration of this matter.

                                  Respectfully submitted,

                                  /s/ Lawrence S. Lustberg
                                Lawrence S. Lustberg
                                GIBBONS, P.C.
                                One Gateway Center
                                Newark, New Jersey 07102-5310

cc:      Charlie Divine, Special Assistant United States Attorney (via email and ECF)
         Daniel Milne, United States Pretrial Services Officer (via email)