UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-vs-<br><br>VICTOR SANTOS | Hon. Joseph A. Dickson<br><br>Mag. No. 17-3650 (MF)<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

**THIS MATTER** having come before the Court upon the application of defendant Victor Santos, by Gibbons P.C. (Lawrence S. Lustberg, Esq., appearing), and with the consent of Craig Carpenito, United States Attorney for the District of New Jersey (Charlie Divine, Special Assistant United States Attorney, appearing) and for the reasons set forth in the March 7, 2018 letter to the Court from counsel for defendant Santos, and for good cause shown:

**IT IS** on this _____ day of March, 2018,

**ORDERED** that the Order Setting Conditions of Release, dated October 18, 2017, as to defendant Victor Santos be and they hereby are modified as follows:

1. The United States passport belonging to Mr. Santos shall be returned to him, upon his arranging for said return with the United States Office or Pretrial Services, solely for the purpose of renewing his passport.

2. In order to implement paragraph 1 above, an attorney from Gibbons P.C. shall be permitted to pick up Mr. Santos' passport on the date arranged with the United States Office of Pretrial Services, and shall be present for the submission of the passport for renewal.

3. Upon issuance of the renewed passport, it shall be returned to Gibbons P.C., which will, within one business day, surrender it to the United States Office of Pretrial Services, pursuant to the Order Setting Conditions of Release, to be held until the conclusion of this matter.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

_____
Honorable Joseph A. Dickson
United States Magistrate Judge