UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Mark Falk |
| v. : | Mag. No. 17-3650 |
| VICTOR SANTOS : | ORDER FOR CONTINUANCE |
| a/k/a "Vitor Santos" : | |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Kevin Di Gregory and Charlie Divine, Special Assistant United States Attorneys), and defendant Victor Santos, a/k/a "Vitor Santos," (by Lawrence S. Lustberg, Esq. and Kevin Walsh, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 61 days to allow the parties to attempt to resolve the matter and thereby avoid a possible trial, and six continuances having been previously granted by the court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the 61 day continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both the United States and the defendant desire additional time to attempt to resolve the matter, which would render grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___26___ day of July, 2018

ORDERED that this action be, and it hereby is, continued for a period of 61 days from August 1, 2018; and it is further

ORDERED that the period from August 1, 2018 through October 1, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

HON. Mark Falk
United States Magistrate Judge

Form and entry
consented to:

Kevin V. Di Gregory
Charlie L. Divine
Special Assistant United States Attorneys

Lawrence S. Lustberg, Esq.
Kevin Walsh, Esq.
Counsel for defendant, Victor Santos