UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-vs-<br><br>VICTOR SANTOS | Hon. Michael A. Shipp<br><br>Crim. Action No. 18-00585 (MAS)<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL** |

**THIS MATTER** having come before the Court upon the application of defendant Victor Santos, by Gibbons P.C. (Lawrence S. Lustberg, Esq. and Kevin G. Walsh, Esq., appearing), seeking an Order Modifying Conditions of Release to Permit Travel, and the Court having considered the Defendant's letter submissions of April 18, 2019 and April 23, 2019 and the Government's letter submission of April 22, 2019, and the Court having heard the arguments of counsel and the statement of the United States Office of Pretrial Services (by Daniel Milne, U.S. Pretrial Services Officer); and for good cause shown:

**IT IS** on this ___30th___ day of ___April___ 2019,

**ORDERED** that the Order Setting Conditions of Release for defendant Victor Santos dated October 18, 2017, modified thereafter on March 8 and July 5, 2018, be and they hereby is modified as follows:

1. Upon providing his final travel itinerary to the United States Office of Pretrial Services, Mr. Santos is hereby permitted travel to Portugal from on or about May 3, 2019, to on or about May 15, 2019, for the purpose of assisting his mother, visiting family, traveling to a religious shrine, and other lawful activities.

2. The United States Passport and Portuguese Citizen Card (Cartão de cidadão) belonging to Mr. Santos shall be temporarily released by the United States Office of Pretrial Services solely for the purpose of his travel from the United States to Portugal, and within Portugal; Mr. Santos's Portuguese Passport and Global Entry Card, previously posted, shall not be returned to him.

3. In order to provide further assurance, Mr. Santos shall cause the United States passport of his only child, J.S., to be surrendered temporarily to the United States Office of Pretrial Services upon the temporary release of the defendant's United States Passport and Portuguese Citizen Card (Cartão de cidadão).

4. To provide even further assurance, Mr. Santos has signed a Consent to Extradition, attached as Exhibit A to this Order.

5. For the purpose of effectuating this Order, Mr. Santos and/or an employee of Gibbons P.C. shall be permitted to retrieve his passport on May 2, 2019, and shall return it to the Office of Pretrial Services not later than May 16, 2019.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

_____
Honorable Michael A. Shipp
United States District Judge

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael A. Shipp |
| -vs- | Crim. Action No. 18-00585 (MAS) |
| VICTOR SANTOS | CONSENT TO EXTRADITION |

I, Victor Santos, do hereby swear and affirm that I am the defendant in *United States v. Victor Santos*, Crim. Action No. 18-00585 (MAS), filed in the District of New Jersey and that:

1. I am a dual citizen of the United States and Portugal.

2. I know that there is an extradition treaty between Portugal and the United States and have reviewed that treaty with my attorney.

3. Upon providing my final travel itinerary to the United States Office of Pretrial Services, I will be traveling to Portugal from on or about May 3, 2019 to on or about May 15, 2019.

4. I fully intend to and will return from Portugal to the United States on May 15, 2019. However, should I remain in Portugal, I hereby consent to be extradited from Portugal to the United States to answer the charges against me and, if convicted, be sentenced in connection with those charges.

5. I understand that, by granting my consent by signing this document, should I not return to the United States as required, I am giving up all rights to challenge my extradition regarding the above-referenced charge and that I may be returned to the United States forthwith and held in custody in Portugal in advance of that return.

I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Victor Santos
Date: April 30, 2019

Sworn and subscribed before me
this 30 day of April, 2019.

Francelina Ayala
Notary Public

FRANCELINA AYALA
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUGUST 31, 2019

2726686.1 114889-97036